**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Vanessa REED, Defendant–Appellant.**

**No. 06–14735
Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

July 13, 2007.

Cynthia Lakeman, Law Offices of Cynthia Lakeman, P.A., Tampa, FL, for Defendant–Appellant.

Linda Julin McNamara, U.S. Attorney's Office, Tampa, FL, for Plaintiff–Appellee.

Before DUBINA, CARNES and BARKETT, Circuit Judges.

PER CURIAM:

Cynthia Lakeman, appointed counsel for Vanessa Reed in this direct criminal ap-

peal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Reed's conviction and sentence is **AFFIRMED.**